UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DECHERI HAFER,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-05243-JAK-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Decheri Hafer ("Plaintiff"); the Order to Show Cause re Dismissal for Lack of Jurisdiction issued by the assigned Magistrate Judge (Dkt. 6); the First Amended Complaint filed by Plaintiff (Dkt. 8); and the Report and Recommendation issued by the Magistrate Judge (Dkt. 11, "Report"). Plaintiff did not file any timely objections to the Report or seek additional time in which to do so.

　　　　Therefore, IT IS HEREBY ORDERED that:

　　　　1.　　The Complaint (Dkt. 1) and First Amended Complaint (Dkt. 8) are DISMISSED; and

2. Judgment shall be entered dismissing this action with prejudice as to all claims except for the Eighteenth Cause of Action, which is dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 30, 2022

JOHN A. KRONSTADT
United States District Judge