JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DECHERI HAFER,<br><br>  Plaintiff,<br><br>  v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN, et al.,<br><br>  Defendants. | Case No. 2:22-cv-05243-JAK-JDE<br><br>JUDGMENT |

  Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

  IT IS HEREBY ADJUDGED that this action is dismissed with prejudice as to all claims, except for the Eighteenth Cause of Action asserted in the Complaint and First Amended Complaint, which is dismissed without prejudice.

Dated: September 30, 2022

_____
JOHN A. KRONSTADT
United States District Judge